Jane Doe
P.O. Box 1735
San Juan Capistrano, CA 92693
Telephone: (949) 547-7119

Plaintiff, In Pro Per

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

DEC 18 2024

TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRRICT OF ARKANSAS

JANE DOE

PLAINTIFF,

vs.

THE UNIVERSITY OF ARKANSAS AND THE STATE OF ARKANSAS

DEFENDANTS.

Case No.: 4:24CV1111-DPM

COMPLAINT FOR:

1. **VIOLATIONS OF THE FEDERAL RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS ACT**

2. **CONSPIRACY - BODY PARTS TRAFFICKING**

3. **FRAUD**

**Jury Trial Demanded**

## COMPLAINT

1. Plaintiff Jane Doe for her Complaint against defendants, the University of Arkansas and the State of Arkansas, alleges as follows:

### JURISDICTION AND VENUE

2. This Court has subject matter jurisdiction over this action pursuant to 18 U.S.C. § 1964 and supplemental jurisdiction.

1

This case assigned to District Judge Marshall
and to Magistrate Judge Volpe

4. Plaintiffs are public entities in the State of Arkansas.

## IV. STATEMENT OF FACTS

5. On January 9, 2024, Plaintiff called the Marion County Sheriff to request a welfare check on Plaintiff's veteran father because he had not responded to Plaintiff's Holiday email.

6. To Plaintiff's shock and horror, the County Coroner informed Plaintiff that Plaintiff's father was deceased and had cremated Plaintiff's father's body.

7. Plaintiff was outraged and horrified that her father's body had been cremated without Plaintiff's knowledge or consent and against Plaintiff's religious beliefs.

8. The County Coroner, Marion County and the State of Arkansas refused to provide any other information about Plaintiff's father, including date of death, time of death, and cause of death.

9. The County Sheriff employee told Plaintiff that the investigator would contact Plaintiff the next day to provide Plaintiff's father's death investigation details and he never did.

10. The County Coroner stated that he could not find Plaintiff.

11. This statement is false, Plaintiff's father's full name connects to Plaintiff's name, family phone number and other family members to the San Juan Capistrano PO Box where Plaintiff's father to date receives mail.

12. Plaintiff's contact information can be found on the internet: name, phone number, address and internet search connects Plaintiff to her father's name (same last name).

13. The Defendant Coroner claimed that he dispatched the Washington State police to conduct a search for Plaintiff's sister; yet, the Defendant County and Defendant Coroner failed to search for Plaintiff, ignoring the fact that our family surname is not common.

14. The Defendant Coroner's telephone information to Plaintiff and the County Sheriff's information on email was contradicting, including the date of death.

15. The County Coroner, the County Sheriff Department, the County investigator have investigation and search resources yet failed to search for family members.

16. As a result, Defendants failed in their diligent duty to investigate, instead, the County Coroner made his own decision to cremate Plaintiff father's body without family permission, refusing to notify Plaintiff or Plaintiff's family members of Plaintiff's father's death.

17. Later, Plaintiff was shocked when the County told Plaintiff that Defendant Coroner is also the director of the funeral home who cremated Plaintiff's father without permission.

18. This is extremely shocking and disturbing to Plaintiff, an extreme hardship to Plaintiff because she is out of state.

19. The Defendants continue to conceal information regarding what the County did or is doing to Plaintiff's father's property.

20. Plaintiff, as his daughter, had a right to funeral benefits from the Department of Veterans Affairs. Defendants failed to notify the Federal Government about Plaintiff's father's death.

21. Plaintiff's father was a Veteran, has a family, and has family burial crypts in California and he was burned like trash.

## I. FEDERAL RICO and CONSPIRACY FACTUAL ALLEGATIONS

22. Plaintiff incorporates herein by reference the Statement of Facts, Paragraphs 5-21:

3

23. ***Culpable Person.*** Defendants are entities capable of holding a legal or beneficial interest in property.

24. ***Enterprise.*** Defendant the University of Arkansas is a public university. Defendant the State of Arkansas is a public entity. The Marion County Coroner, Jim Collins, is a resident of Arkansas "County Coroner." Marion County is a public entity.

25. ***Interstate Commerce.*** The activities of the enterprise or the predicate acts of racketeering affect interstate commerce as further detailed in this Complaint.

26. ***Pattern of Racketeering***. Defendants engaged in a pattern of racketeering as the acts are related and continuous.

27. ***Racketeering Activity.*** Defendants racketeering activity is alleged as follows:

a.) Fraud and concealment: The County Coroner concealed Plaintiff's father's death from Plaintiff. The County Coroner is also a private funeral home director. Plaintiff alleges that Plaintiff's father's death was concealed in order to sell Plaintiff's father's body parts.

b.) Fraud: When Plaintiff called for a welfare check on her father, Marion County gave Plaintiff conflicting information and would not provide the information.

c.) Fraud and Conspiracy: Defendants State of Arkansas, Marion County and the Marion County Coroner concealed Plaintiff's father's death to the Federal Government, including the Department of Veterans Affairs and Social Security Administration. Plaintiff was entitled to funeral benefits from the VA for her father and Defendant's deprived her of her rights.

d.) Fraud: Defendant the University of Arkansas has an "unclaimed bodies" program and uses "unclaimed bodies" for medical research. Defendants the

4

University of Arkansas, the State of Arkansas, the County Coroner, and Marion County fraudulently labeled Plaintiff's father as "unclaimed" in order to profit from his body parts and for their own gain.

e.) Fraud: Defendants Marion County and the County Coroner failed to promptly file Plaintiff's father's death certificate and concealed Plaintiff's father's death until after Plaintiff had reported the death.

f.) Fraud and concealment: Defendants conspired to list Plaintiff's father as "unclaimed" and "unknown" cause of death and later cremated him in order to conceal the true cause of death, to conceal the disposition of his remains, and to conspire to take Plaintiff's father's property to which Plaintiff has inheritance rights.

g.) Conspiracy: After the devastating hurricane in Arkansas earlier in 2024, Plaintiff filed claims for disaster relief for her father's property. FEMA did file Plaintiff's claim for disaster relief to restore Plaintiff's father's property. However, the State of Arkansas and County of Arkansas refused to cooperate with Plaintiff and with FEMA.

h.) Plaintiffs reserve the right to amend the complaint with further allegations.

28. ***Injury.*** Plaintiffs sustained injury to their business or property by reason of defendant's violation of § 1962.

29. Defendants fraudulently concealed information needed to bring a RICO claim, and the plaintiff could not have discovered those facts despite her exercise of reasonable diligence.

**II. State Law Violation – Fraud**

30. Plaintiff incorporates herein by reference paragraphs 1-29.

31. The facts as outlined above show that Defendants made false representations of material facts.

5

32. Defendants knew that the representations were false, or assertion of facts which he or she did not know to be true.

33. Defendants intended to induce action or inaction in reliance upon the representations.

34. Plaintiff justifiably relied on the representations.

35. Plaintiff suffered damages as a result of the reliance.

**WHEREFORE,** Plaintiff respectfully requests that this Court enter judgment against the Defendant as follows: actual damages, treble damages and attorney's fees and such other further specific and general relief and additional parties as may become apparent from discovery.

**THE PLAINTIFFS DEMANDS A TRIAL BY JURY.**

Dated:  December 12, 2024

By: _____

Jane Doe Plaintiff

6

GUARANTEED
TRACKED
INSURED

PRESS FIRMLY TO SEAL

FSC MIX FSC C119816

PAPER POUCH how2recycle.info

PRESS FIRMLY TO SEAL

Retail

U.S. POSTAGE PAID
PME
SAN DIEGO, CA 92111
DEC 16, 2024

72201

RDC 07

$32.00

S2323Y501702-20

l Use Label 127R, May 2014

# PRIORITY MAIL EXPRESS®

UNITED STATES POSTAL SERVICE® | PRIORITY MAIL EXPRESS®

EI 965 094 315 US

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT) PHONE (949) 547-7119

JANE DOE
P.O. BOX 1735
SAN JUAN CAPISTRANO, CA
92693

**DELIVERY OPTIONS (Customer Use Only)**

☐ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.

Delivery Options
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
*Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT) PHONE ( )

Richard Sheppard Arnold US District
Courthouse
500 West Capitol Avenue
Little Rock, AR 72201

ZIP + 4® (U.S. ADDRESSES ONLY)
72201-

- For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
- $100.00 insurance included.

**PAYMENT BY ACCOUNT (if applicable)**
Federal Agency Acct. No. or Postal Service™ Acct. No.

**ORIGIN (POSTAL SERVICE USE ONLY)**

☐ 1-Day ☐ 2-Day ☐ Military ☐ DPO

| | | | |
|---|---|---|---|
| PO ZIP Code: 92111 | Scheduled Delivery Date (MM/DD/YY) | Postage: $ | |
| Date Accepted (MM/DD/YY): 12-16-24 | Scheduled Delivery Time: ☐ 6:00 PM | Insurance Fee: $ | COD Fee: $ |
| Time Accepted: 9:56 ☒ AM ☐ PM | | Return Receipt Fee: $ | Live Animal Transportation Fee: $ |
| Special Handling/Fragile: $ | Sunday/Holiday Premium Fee: $ | Total Postage & Fees: $ | |
| Weight: ☒ Flat Rate lbs. ozs. | Acceptance Employee Initials | | |

**DELIVERY (POSTAL SERVICE USE ONLY)**

| Delivery Attempt (MM/DD/YY) | Time | Employee Signature |
|---|---|---|
| | ☐ AM ☐ PM | |
| | ☐ AM ☐ PM | |

LABEL 11-B, NOVEMBER 2023 PSN 7690-02-000-9996

PEEL FROM THIS CORNER

This package is made from post-consumer waste. Please recycle - again.

FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup, scan the QR code.

USPS.COM/PICKUP

PS10001000006

EP13F October 2023
OD: 12 1/2 x 9 1/2

PAPER POUCH how2recycle.info

UNITED STATES POSTAL SERVICE.

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express® sl
Misuses may be a violation of federal law. This package is not for resale. EP13F © U.S. Postal Service; October 2023; All rights reserved.

